UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARY JAPPEN,
*as Administratrix of the Estate of*
*Jacquelyn Schnakenberg and Individually*

                        Plaintiff,                     **ORDER OF RECUSAL**

   -v-

UNITED STATES OF AMERICA,         Civil Case No. 1:21-CV-1171 (BKS/CFH)

                        Defendant.
_____

      The undersigned hereby **RECUSES** herself from the above-entitled action, which was assigned to her on October 27, 2021. The Clerk is authorized and directed to reassign this case to another District Judge.

      **WHEREFORE,** it is hereby

      **ORDERED,** that the Clerk of the Court enter this Order of Recusal for the undersigned; and it is further

      **ORDERED,** that the Clerk shall randomly reassign this case to another District Judge; and it is further

      **ORDERED** that the Clerk shall serve a copy of this Order on the parties and the District Judge to whom the case is assigned.

Dated: <u>January 6, 2023</u>

                                                            Brenda K. Sannes
                                                           Chief U.S. District Judge